433 A.2d 102

Commonwealth v. Ford a/k/a Africa, Appellant.

Submitted December 5, 1980. Joel W. Todd, for appellant; Gaele McLaughlin Barthold, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, WATKINS and MONTGOMERY, JJ.

The judgment of sentence is affirmed on the able and comprehensive opinion of Judge Paul Ribner.